**104**

Joseph SANDER, Appellant,

v.

Robert C. CETRULO et al., Appellees.

Court of Appeals of Kentucky.

Sept. 13, 1974.

Rehearing Denied Dec. 13, 1974.

Martin W. Mitchell, Adams, Brooking & Stepner, Covington, for appellant.

Robert C. Cetrulo, pro se.

O'Hara, Ruberg & Cetrulo, Arnold Taylor, Covington, for appellees.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

Walker BUCKNER and Dorothy Buckner, wife, Appellants,

v.

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellee.

Court of Appeals of Kentucky.

Sept. 27, 1974.

Rehearing Denied Dec. 13, 1974.

William G. Reed, Jonesville, for appellants.

John J. Blackburn, Henry C. Germann, Covington, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

Aline SAUER, Appellant,

v.

William Douglas SAUER et al., etc., Appellees.

Max F. SAUER et al., Appellants,

v.

Aline SAUER et al., Appellees.

Court of Appeals of Kentucky.

Sept. 27, 1974.

Rehearing Denied Dec. 13, 1974.

James Holloran, Sturgis, Thomas B. Russell, Paducah, for appellant Aline Sauer.

M. S. Mahurin, Henry C. Neel, George B. Baker, Jr., David H. Thomason, Henderson, for appellee William Douglas Sauer.

M. S. Mahurin, Henderson, for appellant Max F. Sauer.

Waller, Threlkeld & Whitlow, Henry C. Neel, George B. Baker, Jr., David H. Thomason, Henderson, for appellee Aline Sauer.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirmed in Action No. V–41–72, Reversed in Action No. 73–298.*

Marguerite MARSH, Appellant,

v.

Grace Dorcas RUTHENBURG, Appellee.

Court of Appeals of Kentucky.

Sept. 27, 1974.

Rehearing Denied Dec. 13, 1974.

John M. Mayer, Jr., Mayer & Mayer, Louisville, for appellant.

* Opinion ordered not to be published.